FILE COPY



SHARON KELLER
PRESIDING JUDGE

LAWRENCE MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
 JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

November 26, 2014

District Attorney Kaufman County
100 W. Mulberry
Kaufman, TX 75142
* DELIVERED VIA E-MAIL *

District Clerk Kaufman County
Rhonda Hughey
100 W. Mulberry St.
Kaufman, TX 75142
* DELIVERED VIA E-MAIL *

Sue Korioth
Special Prosecutor
P.O. Box 600103
Dallas, TX 75360-0103
* DELIVERED VIA E-MAIL *

Adam L. Seidel
Attorney at Law
Premier Place, Suite 980
5910 North Central Expressway
Dallas, TX 75206
* DELIVERED VIA E-MAIL *

Kaufman County County Judge
100 W Mulberry
Kaufman, TX 75142

5th Court Of Appeals Clerk
LISA MATZ
600 COMMERCE, 2ND FLOOR
Dallas, TX 75202
* DELIVERED VIA E-MAIL *

**Re:** DANSBY, MICHAEL EDWARD SR.
**CCA No.** PD-0149-14
**Trial Court Case No.** 25891-CC

**COA No.** 05-10-00866-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk